UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE C. SHAW, ) | CASE NO. CV 10-2811-DDP (PJW) |
| ) Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| LELAND MCEWEN, ACTING WARDEN, ) | |
| ) Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     May 8, 2012     .

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Shaw v Mcewen CV10-2811 Judgment.wpd